UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Mag. No. 10-7020 (SALAS) |
| v. | : |
| | : |
| PEDRO JAMPIER SIME-TAVERAS | :    ORDER FOR CONTINUANCE |
| | : |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing), and defendant PEDRO JAMPIER SIME-TAVERAS (Luis Diaz, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days, from May 25, 2010 to July 24, 2010; the defendant being aware that he has the right to have this matter submitted to a grand jury within thirty (30) days of his arraignment; and the defendant through his attorney having waived such rights and consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties are involved in plea negotiations, which if successful, would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 25th day of May 2010,

ORDERED that the proceedings in the above-captioned matter are continued for the sixty day period between from May 25, 2010 to July 24, 2010; and

IT IS FURTHER ORDERED that the period between from May 25, 2010 to July 24, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. ESTHER SALAS
United States Magistrate Judge

I hereby consent to the form
and entry of this order

Luis Diaz, Esq..
(Attorney for PEDRO JAMPIER SIME-TAVERAS)

Sharon Ashe, AUSA